IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:07-CR-00052 JWS |
| Plaintiff, | ) |
| vs. | ) **ORDER FOR PARTIAL RELEASE OF GARNISHED FUNDS** |
| Michael Spisak, | ) |
| Defendant | ) |
| and | ) |
| Wells Fargo Bank, N.A., | ) |
| Garnishee. | ) |

IT IS HEREBY ORDERED, that Plaintiff's Motion [93] for Partial Release of Funds pursuant to the Writ of Garnishment issued March 4, 2011, is granted.

Wells Fargo Bank, N.A. is authorized to release $675.21 in order to honor checks 6654, 6649, and 6650 written on account number 0064110893.

DATED this 7th day of April, 2011, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge