UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br> vs.<br><br>MICHAEL SPISAK,<br><br>   Defendant. | 3:07-cr-052-JWS-JDR<br><br>**ORDER REGARDING MOTION FOR PARTIAL RELEASE OF FUNDS**<br><br>(Docket No. 87) |

IT IS HEREBY ORDERED, that Plaintiff's Motion for Partial Release of Funds pursuant to the Writ of Garnishment issued March 4, 2011, is granted.

Wells Fargo Bank, N.A. is authorized to release $675.21 in order to honor checks 6654, 6649, and 6650 written on account number xxxxxx0893.

DATED this 13th day of April, 2011, at Anchorage, Alaska.

      /s/ John D. Roberts
      JOHN D. ROBERTS
      United States Magistrate Judge